UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                      Plaintiff,

                                          DECISION AND ORDER

                                          10-CR-6211L

              v.

RAUL EDUARDO RIVERA DE LA TORRE,

                      Defendant.
_____

      No objections having been filed, I accept and adopt the Report and Recommendation (Dkt. #149) of United States Magistrate Judge Marian W. Payson, and I deny as moot without prejudice to renewal defendant's motion to suppress evidence.

      IT IS SO ORDERED.

                                          _____
                                              DAVID G. LARIMER
                                          United States District Judge

Dated: Rochester, New York
       March 23, 2012.